UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:22-CV-22012-JLK

MARY C. TSIDEMIDIS,

      Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Mary C. Tsidemidis ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby notify the Court that on September 12, 2022, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final joint notice of settlement and joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

86709639v.1

-2-

| | |
|---|---|
| **Dated: September 13, 2022** | **Dated: September 13, 2022** |
| By: */s/Nick A. Ortiz* | By: */s/Hector R. Rivera* |
| (*Signed by Filing Attorney with permission of Plaintiff's Attorney*) | Hector R. Rivera |
| | hrivera@qpwblaw.com |
| Nick A. Ortiz | QUINTAIROS, PRIETO, WOOD & |
| Nick@nickortizlaw.com | BOYER, PA |
| ORTIZ LAW FIRM | 9300 S Dadeland Boulevard, 4th Floor |
| 316 South Baylen Street, Suite 590 | Miami, FL 33156 |
| Pensacola, FL 32502 | Phone: (305) 670-1101 |
| Telephone: (850) 308-7833 | Fax: (305) 670-1161 |
| Fax: (850) 208-3613 | |
| | *Counsel for The Prudential Insurance* |
| *Counsel for Plaintiff Mary C. Tsidemidis* | *Company of America* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I caused a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to the following counsel of record:

>Nick A. Ortiz
>Nick@nickortizlaw.com
>ORTIZ LAW FIRM
>316 South Baylen Street, Suite 590
>Pensacola, FL 32502
>Telephone: (850) 308-7833
>Fax: (850) 208-3613

>*/s/Hector R. Rivera*
>Hector R. Rivera

86709639v.1